No. 8,257.   STATE ex Rel. A. L. CHRISTIE, Relator, *v*
DISTRICT COURT et al., Respondents.

Decided September 30, 1941.

PER CURIAM.—The petition for supervisory control is hereby denied for the reason, among others, that the alleged error sought to have reviewed will be reviewable on appeal from the judgment.

*Mr. Harlow Pease,* for Relator.